IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

STEVE MORRIS,  )
  )
   Plaintiff-Appellant,  )
  )
v.  )  Case No.   CV 621-054
  )  Appeal No. 21-14274
ROGERS DAIRY FARMS, et. al.,  )
  )
   Defendants-Appellees.  )

ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for lack of jurisdiction,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___3rd___ day of February, 2022.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA